IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESHED ALSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRAPER HOLDING BUSINESS TRUST, )<br>et al., )<br>)<br>Defendants. ) | C.A. No. 20-828 (VAC) |

## MEMORANDUM ORDER

At Wilmington this 8th day of June 2022,

IT IS HEREBY ORDERED that:

1. On August 16, 2021, an Order was entered granting the motion to dismiss filed by Defendants Draper Holdings Business Trust, Steve Hammond, Tom Lehman, and WBOC, Inc. (improperly captioned as "WBOC Inc., WBOC and Fox, CBS, and NBC affiliates"). (D.I. 19). Plaintiff was given leave to amend the claims raised under 42 U.S.C. §§ 1981, 1985, 1985, and 1988 on or before September 17, 2021. Plaintiff was warned that Defendants Draper Holdings Business Trust, Steve Hammond, Tom Lehman, and WBOC, Inc. (improperly captioned as "WBOC Inc., WBOC and Fox, CBS, and NBC affiliates") would be dismissed as defendants should Plaintiff fail to timely amend the claims. The time has passed, and Plaintiff failed to file an amended complaint.

2. On August 16, 2021, Plaintiff was ordered to show cause why Defendants WMDT Marquee Broadcasting at 2020 47 ABC, Dover Post, and Benjamin Mace should not be dismissed for failure to serve process upon them within 90 days of filing the Complaint, pursuant to Fed. R. Civ. P. 4(m). Although Plaintiff filed documents purporting to show service of process, the

foregoing Defendants were never served. (*See* D.I. 22, 27). Plaintiff has failed to show cause why Defendants WMDT Marquee Broadcasting at 2020 47 ABC, Dover Post, and Benjamin Mace should not be dismissed for failure to serve process upon them as required by Fed. R. Civ. P. 4(m).

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge